# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Vincent W. Pempeit, III | Civil Action No. 6:05-CV-0760 |
| versus | Judge Tucker L. Melançon |
| Commissioner of the Social Security Administration | Magistrate Judge Hill |

## RULING

This matter was referred to United States Magistrate Judge C. Michael Hill for his Report and Recommendation. No objections have been filed. After an independent review of the record, the Court concludes that the Report and Recommendation [Rec. Doc. 12] of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision be **REVERSED**, and the claimant be awarded appropriate benefits commencing January 28, 2002.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 3rd day of March, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE