RECEIVED
JAN 2 2 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 2/13/07

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| VINCENT W. PEMPEIT, III | * | CIVIL ACTION NO. 05-760 |
| VERSUS | * | JUDGE MELANÇON |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that the sum of $2,406.25 in attorney's fees, and $496.65 in expenses, for a total of $2,902.90, is awarded to Lawrence N. Curtis as a § 406(b) fee.

Lafayette, Louisiana, this 13th day of February, 2007.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE